UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **JAMES T. BUECHLER,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 08-1972 |
| **LEE MARK NARDYZ** doing business as, Timeout Sports Grille | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**
**TO SUBSTITUTE DEFENDANT**

James T. Buechler, Plaintiff, by and through his undersigned attorney, moves pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 103.6 for leave to file an Amended Class Action Complaint in order to substitute Timeout, Inc. as the defendant.

Counsel for the defendant Lee Mark Nardyz consents to the filing of the Amended Complaint.

The original of the Amended Class Action Complaint is attached hereto as **Exhibit 1**.

1

A copy of the amended pleading in which stricken material has been lined through and new material has been underlined and set forth in bold-faced type is attached hereto as **Exhibit 2**.

WHEREFORE, it is respectfully requested that the Plaintiff be granted leave to file the Amended Class Action Complaint attached as **Exhibit 1** hereto.

Respectfully submitted,

| | |
|---|---|
| /s/ E. David Hoskins | /s/ Christopher J. Lyon |
| E. David Hoskins, Bar No. 06705 | Christopher J. Lyon, Bar No. 27743 |
| Law Offices of E. David Hoskins, LLC | Semmes, Bowen & Semmes |
| 711 W. 40th Street, Suite 425 | 25 S. Charles Street, Suite 1400 |
| Baltimore, Maryland 21211 | Baltimore, Maryland 21201 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008, a copy of the foregoing was served by First Class Mail, postage pre-paid upon:

> James A. Johnson
> Christopher J. Lyon
> Semmes, Bowen & Semmes
> 25 S. Charles Street, Suite 1400
> Baltimore, Maryland 21201
> *Attorneys for Defendant*

/s/ E. David Hoskins